UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JAMES FRANKLIN, | No. 2:21-cv-00275 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| RICK HILL, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2021, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 8. Petitioner has not filed objections to the findings and recommendations.

////
////
////
////
////

1

| | |
|---|---|
| 1 | The court has reviewed the file and finds the findings and recommendations to be |
| 2 | supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY |
| 3 | ORDERED that: |
| 4 |     1. The findings and recommendations filed April 29, 2021, are adopted in full; |
| 5 |     2. This action is dismissed, without prejudice, for lack of prosecution and for failure to |
| 6 | comply with the court's order. <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 110. |

DATED: June 28, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE